
Exhibit 6

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
All monies and other things of value in Washington )
Mutual account ████████5200 in the name of )
Leonaldo Harris )

Case No. 13 - 934 wc

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____ District of

_____Maryland_____ is subject to forfeiture to the United States of America under _____ U.S.C. §

_____ · *(describe the property)*:

Property is subject to forfeiture under 21 U.S.C. § 853.

Please see Attachment A.

The application is based on these facts:

Please refer to attached Affidavit

☑ Continued on the attached sheet.

FILED
LOGGED
ENTERED
RECEIVED
MAY 1 0 2013
BY
CLERK, AT GREENBELT
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

_____
*Applicant's signature*

James Stull, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 26, 2013
2:30 p.m.

_____
*Judge's signature*

City and state: Greenbelt, MD

William Connelly, Chief U.S. Magistrate Judge
*Printed name and title*

LH 1094

## AFFIDAVIT IN SUPPORT OF SEIZURE WARRANT

I, James M. Stull, Special Agent with Homeland Security Investigations (HSI), being a duly sworn federal officer, do state as follows:

1. This affidavit is submitted in support of a seizure warrant for funds forfeitable as proceeds of narcotics trafficking and money laundering pursuant to 21 U.S.C. § 853. Pursuant to 21 U.S.C. § 853, this Court has jurisdiction to issue a seizure warrant for personal property subject to forfeiture to the United States.

2. Your affiant is currently employed by the U. S. Department of Homeland Security, Homeland Security Investigations (HSI)[1], as a Special Agent and have been so since July 2006. As such, I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7) and am empowered by law to conduct investigations and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

3. As part of my employment with HSI, I attended the Criminal Investigator Training Program, which is a twelve week basic program for all federal criminal investigators held at the Federal Law Enforcement Training Center in Glynco, Georgia. Additionally, I attended Immigration & Customs Enforcement Special Agent Training, which is an additional eleven weeks of training.

4. Your affiant is currently assigned to the Baltimore Seaport and Airport – High Intensity Drug Trafficking Area (HIDTA) Group, investigating unlawful acts and violations of federal customs

---

[1] In 2010, Immigration & Customs Enforcement ("ICE") underwent a re-organization. Several investigative components of the Department of Homeland Security were merged into one investigative agency, called Homeland Security Investigations ("HSI").

1

law. In the course of my current employment, I have participated in numerous federal and state narcotics investigations relating to drug trafficking, drug smuggling, and money laundering violations. During the course of those investigations, I have been involved in the use of the following investigative techniques: interviewing informants and cooperating witnesses; conducting physical surveillance; conducting short and long-term undercover operations, including reverse undercover drug operations; consensual monitoring and recording of both telephonic and non-telephonic communications; analyzing telephone pen register and caller identification system data; conducting court-authorized electronic surveillance, including wire interceptions; and preparing and executing search warrants that have led to seizures of narcotics, firearms, and other contraband. The information in this affidavit is based on my personal knowledge as well as information provided to me by other law enforcement officers.

5. On April 17, 2013, the Pennsylvania State Police received information regarding two suspicious freight pallets that had arrived at YRC Freight located at 100 Roadway Drive, Carlisle, Pennsylvania 17013 from OC Box Zone located at 211 West Katella Avenue Suite D, Orange, California 92867. During a routine internal inspection of freight performed to confirm that the freight received matches the bill of lading, a YRC inspector identified a green leafy substance believed to be marijuana present in the parcels. YRC Security contacted Pennsylvania State Police who responded to the facility and conducted a field test of the green leafy substance. The field test result indicated a positive presumptive result of marijuana. Trooper Mearkle of the Pennsylvania State Police and his certified K-9 "Zigi" conducted a scan of the pallets. "Zigi" was first run on a lineup of five unrelated parcels, and did not give a positive alert while conducting this scan. Then one of the target pallets was placed into the lineup and "Zigi" ran the line-up again. At this time, "Zigi" gave a positive alert for the presence of a controlled dangerous substance inside of the pallet. Pennsylvania State Police then

contacted members of the Maryland State Police Western Maryland Package Interdiction Unit regarding the aforementioned shipment of marijuana that had been encountered at the YRC Freight Company. The intended destination of the shipment is manifested as Auto Tech 10820 Hannah Street Suite A, Beltsville, MD 20705. Record checks conducted on the address as well as personal observation of HSI Special Agents reveal that the proper spelling of the street name is Hanna Street. The Maryland State Police Western Maryland Package Interdiction Unit then traveled to the aforementioned YRC freight facility to take custody of the two pallets in order to conduct a controlled delivery to the intended address. The Maryland State Police Western Maryland Package Interdiction Unit applied for and obtained a Search and Seizure Warrant in the State of Maryland for the two pallets obtained from YRC Freight. A partial search was conducted in order to maintain the overall integrity of the packaging in order to facilitate a controlled delivery. The partial search identified approximately 216 pounds of a green leafy substance believed to be marijuana. A test of the aforementioned substance was performed and was shown to be a presumptive positive for the presence of marijuana. Based on the number of remaining boxes as well as the packing method utilized by the shipper, Maryland State Police Officers as well as HSI Special Agents believed the total amount of marijuana present to be in excess of 1000 pounds. This belief was supported by the fact that the approximate weight of the two pallets was 1024 pounds and 924 pounds respectively.

6. HSI Special Agents conducted surveillance on the delivery address of 10820 Hanna Street Suite A, Beltsville, Maryland 20705. HSI Agents observed a sign above the property clearly labeled "Auto Tech & HP Group Services" as well as large white number on the door identifying the address as the same.

7. On April 18, 2013, your affiant obtained a federal search and seizure warrant for the aforementioned address. On April 18, 2013, your affiant as well as additional agents of HSI



Baltimore; members of the Maryland State Police Western Maryland Package Interdiction Unit; and members of the Prince George's County Police Department Narcotics Enforcement Division conducted a controlled delivery of marijuana to 10820 Hanna Street Suite A, Beltsville, Maryland 20705. Prior to the execution of the controlled delivery, while conducting surveillance, HSI Special Agents identified two vehicles in the vicinity of the address: a red Hyundai with Maryland license plate ▇▇▇▇ and a white cargo van bearing Texas license plate ▇▇▇▇ Law enforcement officers conducting surveillance observed that the driver of the Hyundai was a female wearing green pants and a white shirt. The female exited the vehicle approached two black males who were sitting in the white cargo van. One black male then exited the van and got into the red Hyundai. The two vehicles then departed the location. The aforementioned female then produced a set of keys and entered 10820 Hanna Street, Suite A, Beltsville, Maryland.

8. At approximately 1335 hours, the controlled delivery commenced. The two pallets were accepted and signed for by an individual later identified as **Jennifer N. SIMS**, who was the female previously observed wearing green pants and a white shirt and entering the suite. After the successful delivery of the pallets, law enforcement officers stopped the Hyundai and the cargo van. The driver of the cargo van, **Jermaine J. McGREGOR**, was stopped without incident. The driver of the Hyundai failed to yield for police and led officers on a short high speed pursuit until police were able to apprehend the driver. The driver was later identified as **Leonaldo A. HARRIS**.

9. After his arrest, **HARRIS** requested a lawyer and did not want answer any questions. **McGREGOR** was read his rights, waived those rights, and chose to speak to law enforcement officers. **McGREGOR** stated that he and **HARRIS** had been friends for a long period of time. **McGREGOR** stated that **HARRIS** had offered **McGREGOR** work if **McGREGOR** came up to Maryland from Florida, which is where **McGREGOR** was living at the time. **McGREGOR** stated

that he was at 10820 Hanna Street Suite A, Beltsville, Maryland on April 18, 2013, to assist **HARRIS** in transporting marijuana to a location unknown to **McGREGOR**. **McGREGOR** stated that prior to April 18, 2013, **McGREGOR** and **HARRIS** had been in Los Angeles, California, purchasing marijuana for shipment back to Maryland. **McGREGOR** stated that he and **HARRIS** had traveled to Los Angeles, California, with approximately $200,000 of U.S. currency with the purpose of purchasing narcotics for shipment to Maryland. **McGREGOR** stated that **HARRIS** utilized several individuals to transport currency in bulk to Los Angeles, California, for the purpose of purchasing marijuana for shipment to Maryland.

10. **McGREGOR** stated that on this particular trip, he and **HARRIS** had purchased approximately 1,100 to 1,300 pounds of marijuana. **McGREGOR** further stated that the two then traveled to a home in the Los Angeles, California, metropolitan area owned and or rented by **HARRIS** with the narcotics for the purpose of packing the contraband for shipment to Maryland. **McGREGOR** stated that he assisted **HARRIS** off and on and that he had conducted this type of transaction once monthly since the beginning of 2013. **McGREGOR** said that once the marijuana was delivered to the suite in Beltsville, the marijuana was removed from the boxes and then transported to a storage locker, where it was off-loaded for distribution.

11. **SIMS** was read her rights, signed a waiver of those rights, and spoke with law enforcement officers. **SIMS** stated that she works at 10820 Hanna Street Suite A, Beltsville, Maryland, for approximately $10 per hour. **SIMS** provided a current address for **HARRIS** of 5829 Wyndham Circle, Columbia, Maryland. **SIMS** stated that she stays at that address with ███████ and **HARRIS**. Record checks conducted found that **SIMS** has an upcoming trial date on May 1, 2013 in Howard County, Maryland, for driving on a suspended license. A review of the record reveals that

**SIMS** utilized the address of 5829 Wyndham Circle, Columbia, Maryland 21044 as her address.

12.     Prior to being transported to a detention facility, **SIMS** asked to be transported to 5829 Wyndham Circle, Columbia, Maryland, to obtain prescription medication that she takes on a daily basis and to obtain ████████████████ Officers escorted SIMS to 5829 Wyndham Circle, Columbia, Maryland. SIMS was in possession of a garage door opener that caused the garage door to 5829 Wyndham Circle, Unit 105, to open. SIMS granted consent for officers to enter the premises. At that time, SIMS and law enforcement officers entered the residence. Upon entry into the garage, a law enforcement officer observed two large boxes which were consistent with containers found at 10820 Hanna Street, Suite A, Beltsville, Maryland, during a federal search warrant executed earlier that day. Federal authorities seized 1356 pounds of marijuana from the aforementioned located. As the officer passed the boxes, he smelled what he recognized, based on his training and experience, to be an odor consistent with the odor of un-burned marijuana emanating from the boxes. A review of the signed bill of lading for the pallets also revealed that **SIMS** signed the paperwork utilizing a fictitious name of Jennifer Moreno.

13. After all three individuals and the location were secured, the search warrant for the location was executed. A search of the premises resulted in the seizure of a scale which based on my training and experience, I know can be utilized by drug traffickers to weigh out their products for further distribution and sale. Additionally, it appeared that the facility was utilized for the express purpose of receiving, breaking down, and redistributing contraband as there was no evidence of business taking place at the location. Further, there were indications that previous shipments have been received at that location. A total of 1,356 pounds of marijuana was seized from the two pallets that **HARRIS** and **McGREGOR** had shipped to 10820 Hanna Street Suite A, Beltsville, Maryland 20705, and which **SIMS** had accepted for delivery. Based on my training and experience, I know that

the quantity of marijuana that was recovered is a distributable amount of marijuana.

14. On April 19, 2013, law enforcement agents obtained and executed a search warrant at 5829 Wyndham Circle, Unit 105, Columbia, Maryland 21044, which is the residence used by **HARRIS** and **SIMS**. During the execution of the search warrant, law enforcement officers recovered, among other things, 38 pounds of marijuana, a money counter, a firearm, packaging consistent with the packaging used for the marijuana that had been shipped in the two pallets, and documents reflecting numerous bank account numbers. The following banks and bank account numbers were identified:

Wells Fargo:
- ████████0759
- ██████2575

Bank of America:
- █████9764
- █████1564
- █████2298
- █████2221
- █████9764, in the name of Agostus
- █████4479, in the name of Nahari International dba Luxe Auto Gallery
- █████4466, in the name of Nahari International dba Luxe Auto Gallery
- █████9777, in the name of The Agostus LLC
- █████8831, in the name of The Agostus LLC
- █████9754, in the name of The Agostus LLC

USAA:
- ████0387, in the name of Jennifer Sims
- ████2875, in the name of Jennifer Sims/████████

Navy Federal Credit Union
- ████7065, in the name of Jennifer Sims

TD Bank
- ████6539, in the name of Jennifer Sims
- ████5942, in the name of Leonaldo Harris



Chase
- ▮▮▮0810, in the name of Leonaldo Harris
- The account in the name of Harris Group International ending in the numbers 1339

Washington Mutual
- ▮▮▮5200, in the name of Leonaldo Harris

Aberdeen Proving Ground Federal Credit Union ("APGFCU")
- ▮▮▮6600, in the name of Jennifer Sims

as further described in Attachment A. Based on my training and experience, I know that drug traffickers often use multiple bank accounts to launder drug proceeds and often use front companies through which they launder drug proceeds. Further, I know that drug traffickers often use nominees or pay other individuals to open bank accounts which the drug traffickers use to launder their proceeds and to conceal their true identities and the true nature of the funds. Moreover, in this particular case, **McGREGOR** informed law enforcement officers that the drug proceeds are concealed in bank accounts in his name, **HARRIS's** name, **SIMS'S** name, and the names of businesses, at banks including Bank of America, Chase, and Navy Federal Credit Union. Further, there were signs for "Agostus" at the 10820 Hanna Street, Beltsville, Maryland location, and when a search incident to arrest was conducted in the rental vehicle that **HARRIS** was driving, a document from Nahari International dba Luxe Auto Gallery that listed **HARRIS** as an officer was recovered from that vehicle.



15.     Pursuant to 21 U.S.C. § 853, this Court has jurisdiction to issue a seizure warrant for personal property subject to forfeiture to the United States.  A protective order under 21 U.S.C. § 853(e) may not be sufficient to assure the availability of the property for forfeiture because coconspirators may be able to access the funds.

I, James M. Stull, affirm under penalties of perjury that the facts and circumstances recounted are true and accurate to the best of my knowledge, information and belief.

Special Agent James M. Stull
Homeland Security Investigations


Signed to and sworn before me this ___ day of April 2013.


William Connelly
Chief United States Magistrate Judge

All funds located in the following accounts:

Wells Fargo:
- ▓▓▓▓▓▓0759
- ▓▓▓▓▓▓2575

Bank of America:
- ▓▓▓▓▓▓9764
- ▓▓▓▓▓▓1564
- ▓▓▓▓▓▓2298
- ▓▓▓▓▓▓2221
- ▓▓▓▓▓▓9764, in the name of Agostus
- ▓▓▓▓▓▓4479, in the name of Nahari International dba Luxe Auto Gallery
- ▓▓▓▓▓▓4466, in the name of Nahari International dba Luxe Auto Gallery
- ▓▓▓▓▓▓9777, in the name of The Agostus LLC
- ▓▓▓▓▓▓8831, in the name of The Agostus LLC
- ▓▓▓▓▓▓9754, in the name of The Agostus LLC

USAA:
- ▓▓▓▓▓0387, in the name of Jennifer Sims
- ▓▓▓▓▓2875, in the name of Jennifer Sims ▓▓▓▓▓▓▓▓

Navy Federal Credit Union
- ▓▓▓▓▓7065, in the name of Jennifer Sims

TD Bank
- ▓▓▓▓▓6539, in the name of Jennifer Sims
- ▓▓▓▓▓5942, in the name of Leonaldo Harris

Chase
- ▓▓▓▓▓0810, in the name of Leonaldo Harris
- The account in the name of Harris Group International ending in the numbers 1339

Washington Mutual
- ▓▓▓▓▓5200, in the name of Leonaldo Harris

Aberdeen Proving Ground Federal Credit Union ("APGFCU")
- ▓▓▓▓▓5600, in the name of Jennifer Sims

10

AUSA Greenberg

SCANNED

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

___ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

JUN 0 4 2013

CLERK, AT GREENBELT
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>All monies and other things of value in Wells Fargo<br>account number ▉▉▉0759 | )<br>)<br>)  Case No.  13- 848 WC<br>)<br>) |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of _____Maryland_____ be seized as being subject to forfeiture to the United States of America.  The property is described as follows:

All monies and other things of value in Wells Fargo account number ▉▉▉0759.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before  April 30 2013
*(not to exceed 14 days)*

☑ in the daytime – 6:00 a.m. to 10:00 p.m.          ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____any available duty U.S. Magistrate Judge_____ .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.

☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:  April 19 2013
7:00 p.m.          William Connelly
*Judge's signature*

City and state:      Greenbelt, MD          William Connelly, Chief U.S. Magistrate Judge
*Printed name and title*

LH 1105

| Return | | |
|---|---|---|
| Case No.: 13-848-C.E | Date and time warrant executed: 4/20/2013 1050 | Copy of warrant and inventory left with: Manager (Wells Fargo Westminster, MD |
| Inventory made in the presence of: SA Evan McKinney | | |
| Inventory of the property taken: | | |

$380.10 from account of Lincoln Harris

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/31/13

_____
Executing officer's signature

James Stull SA-FSI
Printed name and title

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

In the Matter of the Seizure of
*(Briefly describe the property to be seized)*
All monies and other things of value in Wells Fargo
account number ███ 2575

)
)
)
)
)

Case No. 13 - 849 WGC

*FILED
LOGGED
ENTERED
RECEIVED*
JUN 04 2013
*BY*
*CLERK, AT GREENBELT
U.S. DISTRICT COURT
DISTRICT OF MARYLAND*
*DEPUTY*

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of _____ Maryland _____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

All monies and other things of value in Wells Fargo account number ███ 2575.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before  April 30, 2013
*(not to exceed 14 days)*

☑ in the daytime – 6:00 a.m. to 10:00 p.m.          ☐ at any time in the day or night, as I find reasonable
cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____ any available duty U.S. Magistrate Judge _____ .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30).*

☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   April 19, 2013                  Warren Connelly
                                    7:00 p.m.                    *Judge's signature*

City and state:      Greenbelt, MD                   William Connelly, Chief U.S. Magistrate Judge
                                                          *Printed name and title*

LH 1107

## Return

| Case No.: 13-849-WK | Date and time warrant executed: 4/20/13 1050 | Copy of warrant and inventory left with: Manager Wells Fargo (Westminster, MD |
|---|---|---|

Inventory made in the presence of:
SA Evan McGinny

Inventory of the property taken:

No Assets Taken

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/31/13

_____
*Executing officer's signature*

James Stull, SAHSI
*Printed name and title*

AUSA Greenberg

# UNITED STATES DISTRICT COURT

for the

District of Maryland

In the Matter of the Seizure of                    )
*(Briefly describe the property to be seized)*     )
All monies and other things of value in Bank of    )
America account ████████9764                       )
                                                   )

SCANNED

FILED _____ ENTERED
LOGGED _____ RECEIVED

JUN 04 2013

BY _____
CLERK AT GREENBELT
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

DEPUTY

Case No.  13 - 850 SAG

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of _____Maryland_____ be seized as being subject to forfeiture to the United States of America.  The property is described as follows:

All monies and other things of value in Bank of America account ████████9764.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before   May 1 2013

                                                                        *(not to exceed 14 days)*

☑ in the daytime – 6:00 a.m. to 10:00 p.m.          ☐ at any time in the day or night, as I find reasonable
                                                         cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____any available duty U.S. Magistrate Judge_____ .

                                                                        *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.

                              ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:     April 19, 2013                    William Connelly
                              7:00 p.m.                          *Judge's signature*

City and state:      Greenbelt, MD _____       William Connelly, Chief U.S. Magistrate Judge
                                                              *Printed name and title*

LH 1109

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed:<br>4/20/13 1000 | Copy of warrant and inventory left with:<br>Alice Groff, VP BofA |
| Inventory made in the presence of:<br>SA Evan McKinney | | |
| Inventory of the property taken: | | |

check for $42.09 from the acct of the
Agostus LLC.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/13/13

_____
*Executing officer's signature*

James Stull SA
_____
*Printed name and title*

AUSA Greenberg

SCANNED

# UNITED STATES DISTRICT COURT
for the

District of Maryland

FILED
LOGGED
ENTERED
RECEIVED

JUN 0 4 2013

BY _____
CLERK AT GREENBELT
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

DEPUTY

In the Matter of the Seizure of
*(Briefly describe the property to be seized)*
All monies and other things of value in Bank of
America account ████ 1564

)
)
)
)
)

Case No. 13 – 851 WC

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of _____ Maryland _____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

All monies and other things of value in Bank of America account ████ 1564.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before   April 30  2013
                                                                                                                                                    *(not to exceed 14 days)*

☑ in the daytime – 6:00 a.m. to 10:00 p.m.                ☐ at any time in the day or night, as I find reasonable
                                                                                            cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____ any available duty U.S. Magistrate Judge _____ .
                                                                                            *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30).*

☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   April 19 2013
                                            7:00 p.m.                        _____
                                                                                            *Judge's signature*

City and state:      Greenbelt, MD                          William Connelly, Chief U.S. Magistrate Judge
                                                                                            *Printed name and title*

LH 1111

**Return**

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| | 4/20/13 1000 | Alice Gross, VP BofA |

Inventory made in the presence of:

SA Evan McKinney

Inventory of the property taken:

Check for 1703.85 from Leslie Ann Harris

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/13/13

_Executing officer's signature_

James Stull, SA

_Printed name and title_

LH 1112

AUSA Greenberg

SCANNED

# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

FILED
LOGGED
ENTERED
RECEIVED

JUN 0 4 2013

CLERK AT GREENBELT
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____
DEPUTY

In the Matter of the Seizure of
*(Briefly describe the property to be seized)*
All monies and other things of value in Bank of
America account ████2298

)
)
)
)
)

Case No. 13 - 852 WE

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of _____Maryland_____ be seized as being subject to forfeiture to the United States of America.  The property is described as follows:

All monies and other things of value in Bank of America account ████2298.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before    April 30, 2013
                                                                                      *(not to exceed 14 days)*

☑ in the daytime – 6:00 a.m. to 10:00 p.m.        ☐ at any time in the day or night, as I find reasonable
                                                                        cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____any available duty U.S. Magistrate Judge_____ .
                                                                              *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30).*

☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:     April 19, 2013                    William Connelly
                                 7:00 p.m.                       *Judge's signature*

City and state:     Greenbelt, MD                    William Connelly, Chief U.S. Magistrate Judge
                                                              *Printed name and title*

LH 1113

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed:<br>4/20/13 1000 | Copy of warrant and inventory left with:<br>Alice Groff, VP BetA |
| Inventory made in the presence of:<br>SA Evan McKinney | | |
| Inventory of the property taken: | | |

Check for $7453.55 from account of
Erica Wickham

| **Certification** |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/13/13

_____
*Executing officer's signature*

James Stull, SA
*Printed name and title*

**SCANNED**

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | | |
|---|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>All monies and other things of value in Bank of<br>America account     2221 | )<br>)<br>)<br>)<br>) | Case No.   13 — 853 WC |

*FILED*
*LOGGED*
*ENTERED*
*RECEIVED*

JUN 0 4 2013

BY

CLERK AT GREENBELT
DISTRICT U.S. DISTRICT COURT
OF MARYLAND

DEPUTY

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:     Any authorized law enforcement officer

      An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the             District of     Maryland     be seized as being subject to forfeiture to the United States of America. The property is described as follows:

All monies and other things of value in Bank of America account ████2221.

      I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

      **YOU ARE COMMANDED** to execute this warrant and seize the property on or before    April 30 2013
                                                                   *(not to exceed 14 days)*

☑ in the daytime – 6:00 a.m. to 10:00 p.m.       ☐ at any time in the day or night, as I find reasonable cause has been established.

      Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

      An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge        any available duty U.S. Magistrate Judge        .
                                                                 *(name)*

      ☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for      days *(not to exceed 30).*

                     ☐ until, the facts justifying, the later specific date of           .

Date and time issued:     April 19 2013
                               7:00 p.m.                           *Judge's signature*

City and state:     Greenbelt, MD                      William Connelly, Chief U.S. Magistrate Judge
                                                               *Printed name and title*

LH 1115

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 4/20/13 1000 | Copy of warrant and inventory left with: Alice Gross, VPBqA |
| Inventory made in the presence of: St Evan McKinney | | |
| Inventory of the property taken: | | |

Closed Account

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/13/13

_____
*Executing officer's signature*

James Stull, SA
*Printed name and title*

LH 1116



SCANNED

AO 109 (Rev. 12/09)  Warrant to Seize Property Subject to Forfeiture

FILED ___ ENTERED
AUSA-Greenberg RECEIVED

# UNITED STATES DISTRICT COURT

JUN 1 8 2013

for the

District of Maryland

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

In the Matter of the Seizure of
*(Briefly describe the property to be seized)*
All monies and other things of value in Bank of
America account ▮▮▮▮9764 in the name of
Agostus

)
)
)
)
)

Case No.  13 - 854 wc

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of _____Maryland_____ be seized as being subject to forfeiture to the United States of America.  The property is described as follows:

All monies and other things of value in Bank of America account ▮▮▮▮9764 in the name of Agostus.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before  April 30 2013
*(not to exceed 14 days)*

☑ in the daytime – 6:00 a.m. to 10:00 p.m.        ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____any available duty U.S. Magistrate Judge_____ .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.

☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   April 19, 2013
                         9:00 p.m.
_____
*Judge's signature*

City and state:     Greenbelt, MD _____

William Connelly, Chief U.S. Magistrate Judge
*Printed name and title*

LH 1117



| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 4/20/13 1000 | Copy of warrant and inventory left with: A. Groff VP BofA |
| Inventory made in the presence of: SA Evan McKinney | | |
| Inventory of the property taken: | | |

Duplicate Warrant Issued

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/13/13

_____
*Executing officer's signature*

James Stull, SA
*Printed name and title*

LH 1118

FILED _____ _____ ENTERED
_____ LOGGED _____ RECEIVED
AUSA Greenberg
JUN 18 2013
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

AO 109 (Rev. 12/09)  Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

| | | |
|---|---|---|
| In the Matter of the Seizure of | ) | |
| *(Briefly describe the property to be seized)* | ) | |
| All monies and other things of value in Bank of | ) | Case No. 13 - 855 wc |
| America account ████4479 in the name of | ) | |
| Nahari International dba Luxe Auto Gallery | ) | |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of _____Maryland_____ be seized as being subject to forfeiture to the United States of America.  The property is described as follows:

All monies and other things of value in Bank of America account ████4479 in the name of Nahari International dba Luxe Auto Gallery.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before   April 30, 2013
                                                                                                           *(not to exceed 14 days)*

☑ in the daytime – 6:00 a.m. to 10:00 p.m.          ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____any available duty U.S. Magistrate Judge_____ .
                                                                                        *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.

                          ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:     April 19, 2013                    William Connelly
                                          7:00p.m.                         *Judge's signature*

City and state:      Greenbelt, MD _____          William Connelly, Chief U.S. Magistrate Judge
                                                                             *Printed name and title*

LH 1119

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| ▓▓▓▓▓▓▓▓ | 4/20/13 1000 | A Groff VP BofA |

Inventory made in the presence of:

SA Evan McKinney

Inventory of the property taken:

Check for $31,133.98 from Nahari Intl DBA
as Luxe Auto Gallery

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/13/13

_____
*Executing officer's signature*

James Stull, SA
*Printed name and title*

LH 1120

SCANNED

_____ FILED   _____ ENTERED
_____ LOGGED  _____ RECEIVED

AUSA Greenberg
JUN 18 2013

# UNITED STATES DISTRICT COURT
for the

District of Maryland

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

In the Matter of the Seizure of
*(Briefly describe the property to be seized)*
All monies and other things of value in Bank of
America account ████████4466 in the name of
Nahari International dba Luxe Auto Gallery

)
)
)
)
)

Case No.  13 – 856 WC

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of _____Maryland_____ be seized as being subject to forfeiture to the United States of America.  The property is described as follows:

All monies and other things of value in Bank of America account ████████4466 in the name of Nahari International dba Luxe Auto Gallery.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before  April 30 2013
*(not to exceed 14 days)*

☑ in the daytime – 6:00 a.m. to 10:00 p.m.        ☐ at any time in the day or night, as I find reasonable
                                                                             cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____any available duty U.S. Magistrate Judge_____ .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.

☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   April 19, 2013        _William Connelly_
                                        7:00 P.—             *Judge's signature*

City and state:   Greenbelt, MD                   William Connelly, Chief U.S. Magistrate Judge
                                                                          *Printed name and title*

LH 1121



## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| | 4/20/13 1000 | A Groff, VP BofA |

Inventory made in the presence of:

SA Evan McKinny

Inventory of the property taken:

Check for $1800.00 from Acct held by
Nahari Intl DBA Luxe Auto Gallery

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/13/13

_____
Executing officer's signature

James Stull, SA
_____
Printed name and title



SCANNED

AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture

FILED ———— ENTERED
———— LOGGED ———— RECEIVED
AUSA Greenberg

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

JUN 18 2013

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____

DEPUTY

| | |
|---|---|
| In the Matter of the Seizure of | ) |
| *(Briefly describe the property to be seized)* | ) |
| All monies and other things of value in Bank of | ) Case No. 13 – 857 WC |
| America account ▮▮▮▮9777 in the name of The | ) |
| Agostus LLC | ) |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of _____Maryland_____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

All monies and other things of value in Bank of America account ▮▮▮▮9777 in the name of The Agostus LLC.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before  April 30 2013
(not to exceed 14 days)

☑ in the daytime – 6:00 a.m. to 10:00 p.m.      ☐ at any time in the day or night, as I find reasonable
cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____any available duty U.S. Magistrate Judge_____ .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.

☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   April 19 2013        W____ C_____
                               7:00 p.m.        *Judge's signature*

City and state:     Greenbelt, MD            William Connelly, Chief U.S. Magistrate Judge
                                                *Printed name and title*

LH 1123



| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed:<br>4/20/13 1000 | Copy of warrant and inventory left with:<br>A Gross, VP BofA |
| Inventory made in the presence of:<br>SA Evan McKinny | | |
| Inventory of the property taken: | | |

Closed Account

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/13/13

_____
*Executing officer's signature*

James Stull SA
*Printed name and title*

LH 1124

SCANNED

AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT

JUN 18 2013

for the

District of Maryland

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>All monies and other things of value in Bank of<br>America account ████████8831 in the name of The<br>Agostus LLC | )<br>)<br>)<br>)<br>)   Case No. **13 − 858 LC** |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of _____Maryland_____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

All monies and other things of value in Bank of America account ████████8831 in the name of The Agostus LLC.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before **April 3, 2013**
*(not to exceed 14 days)*

☑ in the daytime – 6:00 a.m. to 10:00 p.m.          ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____any available duty U.S. Magistrate Judge_____ .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.

☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:     **April 19, 2013**
                                              **7:00 p.m.**          _____William Connelly_____
                                                                              *Judge's signature*

City and state:     Greenbelt, MD                 William Connelly, Chief U.S. Magistrate Judge
                                                                        *Printed name and title*

LH 1125



**Return**

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| | 4/20/13 1000 | A Groff, VP B of A |

Inventory made in the presence of:

SA Evan McKinney

Inventory of the property taken:

Closed Account

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/13/13

_Executing officer's signature_

James Stull SA
_Printed name and title_

SCANNED

AO 109 (Rev. 12/09)  Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT

### for the

### District of Maryland

JUN 1 8 2013

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
All monies and other things of value in Bank of )
America account ████████9754 in the name of The )
Agostus LLC )

Case No.  13 – 859 WC

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of _____Maryland_____ be seized as being subject to forfeiture to the United States of America.  The property is described as follows:

All monies and other things of value in Bank of America account ████████9754 in the name of The Agostus LLC.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before April 30, 2013
*(not to exceed 14 days)*

☑ in the daytime – 6:00 a.m. to 10:00 p.m.          ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____any available duty U.S. Magistrate Judge_____ .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.

☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:  April 19, 2013
7:00 p.m.                    _____William Connelly_____
                              *Judge's signature*

City and state:      Greenbelt, MD                    William Connelly, Chief U.S. Magistrate Judge
                                                      *Printed name and title*

LH 1127

| Return | | |
|---|---|---|
| Case No.: ▮▮▮▮▮▮▮▮▮ | Date and time warrant executed: 4/20/13 1000 | Copy of warrant and inventory left with: A Gross VP BofA |
| Inventory made in the presence of: SA Evan McKinney | | |
| Inventory of the property taken: | | |

Closed Account

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/13/13

_Executing officer's signature_

James Stull, SA
_Printed name and title_

LH 1128



AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture

AUSA Greenberg

FILED ___ ENTERED
___ LOGGED ___ RECEIVED

# UNITED STATES DISTRICT COURT

for the

District of Maryland

JUN 18 2013

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | |
|---|---|
| In the Matter of the Seizure of | ) |
| *(Briefly describe the property to be seized)* | ) |
| All monies and other things of value in USAA | ) Case No. 13-860wc |
| account ███ 0387 in the name of Jennifer Sims | ) |
| | ) |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of _____ Maryland _____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

All monies and other things of value in USAA account ███ 0387 in the name of Jennifer Sims.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before    April 30, 2013
                                                                  *(not to exceed 14 days)*

☑ in the daytime – 6:00 a.m. to 10:00 p.m.         ☐ at any time in the day or night, as I find reasonable
                                                        cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____ any available duty U.S. Magistrate Judge _____ .
                                                          *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.

☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:    April 19, 2013                    William Connelly
                              7:00p.m.                         *Judge's signature*

City and state:    Greenbelt, MD                    William Connelly, Chief U.S. Magistrate Judge
                                                          *Printed name and title*

LH 1129



## Return

| Case No.: 13-860-WC | Date and time warrant executed: 5/22/13 1015 | Copy of warrant and inventory left with: *Roxanne Mendez USA* |
|---|---|---|

Inventory made in the presence of:
*SA Eva McKinney*

Inventory of the property taken:

$9.74 from Jennifer Sims

## Certification

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/31/13

_____
Executing officer's signature

*James Stull SA, HSI*
_____
Printed name and title

_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

AUSA Greenberg

AO 109 (Rev. 12/09)  Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT

JUN 14 2013

for the

District of Maryland  BY

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

DEPUTY

| | |
|---|---|
| In the Matter of the Seizure of | ) |
| *(Briefly describe the property to be seized)* | ) |
| All monies and other things of value in USAA | ) |
| Federal Savings Bank account ▮▮0387 in the | ) |
| name of Jennifer Sims | ) |

Case No.  13-860 WC

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE AMENDED

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of _____ Maryland _____ be seized as being subject to forfeiture to the United States of America.  The property is described as follows:

All monies and other things of value in USAA Federal Savings Bank account ▮▮0387 in the name of Jennifer Sims. Please see Attachment.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before   MAY 9 2013
*(not to exceed 14 days)*

☑ in the daytime – 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night, as I find reasonable
cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____ any available duty U.S. Magistrate Judge _____ .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.

☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   April 26, 2013                    William Connelly
                                        2:30 p.m.                    *Judge's signature*

City and state:      Greenbelt, MD _____          William Connelly, Chief U.S. Magistrate Judge
                                                              *Printed name and title*

LH 1131

## Return

| Case No.: 13-860 WC | Date and time warrant executed: 4/16/13 1015 4/22/13 1015 | Copy of warrant and inventory left with: Roxanne Mendez |
|---|---|---|

Inventory made in the presence of:
SAMcKinney

Inventory of the property taken:

$9.74 from Account of Jennifer Sims.
No record of Accounts JS
5/31/13

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/31/13

_____
*Executing officer's signature*

James Stull SAHSI
*Printed name and title*

LH 1132



AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture

FILED _____ AUSA Greenberg    ENTERED    RECEIVED

# UNITED STATES DISTRICT COURT

for the

District of Maryland

JUN 18 2013

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

In the Matter of the Seizure of
*(Briefly describe the property to be seized)*
All monies and other things of value in USAA
account ████ 2875 in the name of Jennifer Sims
and/or ████████

)
)
)
)
)

Case No. 13-861 WC

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of _____Maryland_____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

All monies and other things of value in USAA account ████ 2875 in the name of Jennifer Sims and/or ████████

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before April 30 2013
*(not to exceed 14 days)*

☑ in the daytime – 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____any available duty U.S. Magistrate Judge_____ .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.

☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:     April 19 2013
7:00 p.m.     _____William Connelly_____
*Judge's signature*

City and state:     Greenbelt, MD     William Connelly, Chief U.S. Magistrate Judge
*Printed name and title*

LH 1133



## Return

| Case No.: 13-861-CJC | Date and time warrant executed: 4/22/13 1015 | Copy of warrant and inventory left with: Roxanne Mendez-U844 |
|---|---|---|

Inventory made in the presence of:

SA Evan McKinny

Inventory of the property taken:

No record of Account

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/31/13

_____
*Executing officer's signature*

James Stull SAHSI
*Printed name and title)*

LH 1134



FILED _____ ENTERED
AUSA Greenbelt
LOGGED _____ RECEIVED

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland



JUN 18 2013

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

In the Matter of the Seizure of
*(Briefly describe the property to be seized)*
All monies and other things of value in USAA
Federal Savings Bank account ███ 2875 in the
name of Jennifer Sims and/or ███████

)
)
)
)
)

Case No.  13-861 WC

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE AMENDED

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of _____ Maryland _____ be seized as being subject to forfeiture to the United States of America.  The property is described as follows:

All monies and other things of value in USAA Federal Savings Bank account ███ 2875 in the name of Jennifer Sims and/or ███████

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before   May 9 2013
*(not to exceed 14 days)*

☑ in the daytime – 6:00 a.m. to 10:00 p.m.          ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____ any available duty U.S. Magistrate Judge _____ .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30).*

☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   April 26, 2013 _____   William Connelly
                                        2:30 p.m.                    *Judge's signature*

City and state:     Greenbelt, MD _____     William Connelly, Chief U.S. Magistrate Judge
                                                              *Printed name and title*

LH 1135



## Return

| Case No.: 13-861 WC | Date and time warrant executed: 4/22/13 10:15 | Copy of warrant and inventory left with: Roxanne Mendez |
|---|---|---|

Inventory made in the presence of: SA McKinney

Inventory of the property taken:

No record of Account

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/31/13

_____
*Executing officer's signature*

James Stull, SA ASI
*Printed name and title*

LH 1136



FILED          ENTERED
LOGGER         RECEIVED
AUSA Greenberg

# UNITED STATES DISTRICT COURT

for the

District of Maryland

JUN 18 2013

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY

DEPUTY

In the Matter of the Seizure of            )
*(Briefly describe the property to be seized)*   )
All monies and other things of value in Navy Federal   )     Case No.  13 – 862 GC
Credit Union account ████7065 in the name of   )
Jennifer Sims                              )

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of _____Maryland_____ be seized as being subject to forfeiture to the United States of America.  The property is described as follows:

All monies and other things of value in Navy Federal Credit Union account ████7065 in the name of Jennifer Sims.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before   April 30 2013
*(not to exceed 14 days)*

☑ in the daytime – 6:00 a.m. to 10:00 p.m.         ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____any available duty U.S. Magistrate Judge_____ .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30).*

☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:      April 19, 2013                    William Connelly
7:00 p.m.                        *Judge's signature*

City and state:      Greenbelt, MD                    William Connelly, Chief U.S. Magistrate Judge
*Printed name and title*

LH 1137



## Return

| Case No.: | Date and time warrant executed: 4/22/13 10:00 | Copy of warrant and inventory left with: Susan Bland |
|---|---|---|

Inventory made in the presence of:
SA Evan McKinney

Inventory of the property taken:

No Account Balance

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/13/13

Executing officer's signature

James Stull, SA
Printed name and title



SCANNED

AO 109 (Rev. 12/09)  Warrant to Seize Property Subject to Forfeiture

AUSA Greenbelt
FILED / LOGGED
ENTERED / RECEIVED

# UNITED STATES DISTRICT COURT

### for the

### District of Maryland

JUN 18 2013

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

| | |
|---|---|
| In the Matter of the Seizure of | ) |
| *(Briefly describe the property to be seized)* | ) |
| All monies and other things of value in TD Bank | ) |
| account ████6539 in the name of Jennifer Sims | ) |
| | ) |

Case No.  13 - 863 WC

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of ____Maryland____ be seized as being subject to forfeiture to the United States of America.  The property is described as follows:

All monies and other things of value in TD Bank account ████6539 in the name of Jennifer Sims.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before  April 30, 2013
*(not to exceed 14 days)*

☑ in the daytime – 6:00 a.m. to 10:00 p.m.      ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____any available duty U.S. Magistrate Judge_____ .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30).*

☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   April 19 2013 _____   Willson Connelly
                                          7:00 p.m.                *Judge's signature*

City and state:      Greenbelt, MD _____      William Connelly, Chief U.S. Magistrate Judge
                                                                          *Printed name and title*



## Return

| Case No.: | Date and time warrant executed: 4/22/13 0950 | Copy of warrant and inventory left with: Heather McClintic |
|---|---|---|

Inventory made in the presence of:
SA Evan McKinney

Inventory of the property taken:

No Account Balance

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/13/13

_____
*Executing officer's signature*

James Stull, SA
*Printed name and title*



AO 109 (Rev. 12/09)  Warrant to Seize Property Subject to Forfeiture                        ___AlISA Greenberg___ERED
                                                                      _____ LOGGED _____ RECEIVED

# UNITED STATES DISTRICT COURT
### for the

District of Maryland

JUN 1 8 2013

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

In the Matter of the Seizure of                )         BY                              DEPUTY
*(Briefly describe the property to be seized)*  )
All monies and other things of value in APGFCU  )    Case No.  13- 864 wc
account████5600 in the name of Jennifer Sims    )
                                                )

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:      Any authorized law enforcement officer

    An application by a federal law enforcement officer or an attorney for the government requests that certain
property located in the _____ District of _____Maryland_____ be seized as
being subject to forfeiture to the United States of America.  The property is described as follows:

All monies and other things of value in APGFCU account████5600 in the name of Jennifer Sims.

    I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

    **YOU ARE COMMANDED** to execute this warrant and seize the property on or before   April 30 2013
                                                                                         *(not to exceed 14 days)*

☑ in the daytime – 6:00 a.m. to 10:00 p.m.        ☐ at any time in the day or night, as I find reasonable
                                                       cause has been established.

    Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the
property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt
at the place where the property was taken.

    An officer present during the execution of the warrant must prepare, as required by law, an inventory of any
property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to
United States Magistrate Judge _____any available duty U.S. Magistrate Judge_____.
                                                       *(name)*

    ☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay
of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be
searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.

            ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    April 19, 2013           William Connelly
                              9:00 p.m                    *Judge's signature*

City and state:    Greenbelt, MD                  William Connelly, Chief U.S. Magistrate Judge
                                                          *Printed name and title*

LH 1141



| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed:<br>4/22/13 1130 | Copy of warrant and inventory left with:<br>Mark Cowley VP |

Inventory made in the presence of:

SA Evan McKinney

Inventory of the property taken:

Check for $20.09 from Acct. of Jennifer Sims

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/13/13

_____
*Executing officer's signature*

James Stull SA
*Printed name and title*

LH 1142


AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture

_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED
AUSA Greenberg

# UNITED STATES DISTRICT COURT

## for the

### District of Maryland

JUN 18 2013

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
All monies and other things of value in Chase )
account ████0810 in the name of Leonaldo Harris )
)

Case No. 13 - 8LS wc

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of _____Maryland_____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

All monies and other things of value in Chase account ████0810 in the name of Leonaldo Harris.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before April 30, 2013
*(not to exceed 14 days)*

☑ in the daytime – 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____any available duty U.S. Magistrate Judge_____ .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.

☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:     April 19, 2013     _____William Connelly_____
                                7:00 p.m.                    *Judge's signature*

City and state:     Greenbelt, MD     William Connelly, Chief U.S. Magistrate Judge
                                                    *Printed name and title*

LH 1143

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed:<br>4/19/2013 2052 | Copy of warrant and inventory left with:<br>Chase |

Inventory made in the presence of:
SA Evan McKinney

Inventory of the property taken:

Cashiers Check for $18,386.53 from
Harris Group International

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/13/13

_____
Executing officer's signature

James Stall, SA
Printed name and title



SCANNED

FILED _____ ENTERED
_____ LOGGED _____ RECEIVED
AUSA Greenberg

JUN 18 2013

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____
DEPUTY

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
All monies and other things of value in TD Bank )    Case No. 13 - 866 WC
account ▮▮▮▮5942 in the name of Leonaldo Harris )
                                    )

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:      Any authorized law enforcement officer

       An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of _____Maryland_____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

All monies and other things of value in TD Bank account ▮▮▮▮5942 in the name of Leonaldo Harris.

       I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

       **YOU ARE COMMANDED** to execute this warrant and seize the property on or before   April 30 2013
                                                                *(not to exceed 14 days)*

☑ in the daytime – 6:00 a.m. to 10:00 p.m.      ☐ at any time in the day or night, as I find reasonable cause has been established.

       Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

       An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____ any available duty U.S. Magistrate Judge _____ .
                                                            *(name)*

       ☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.

                             ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   April 19, 2013        _William Connelly_
                             7:00 p.m                        *Judge's signature*

City and state:      Greenbelt, MD _____      William Connelly, Chief U.S. Magistrate Judge
                                                                 *Printed name and title*

LH 1145

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed:<br>4/22/13 0950 | Copy of warrant and inventory left with:<br>Heather McClintic |
| Inventory made in the presence of:<br>SA Evan McKinney | | |
| Inventory of the property taken: | | |

Check for $37 888.18 from Leonaldo Harris

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/13/13

_____
Executing officer's signature

James Stull, SA
Printed name and title

LH 1146



AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture

FILED _____ ENTERED
AUSA Greenberg RECEIVED

# UNITED STATES DISTRICT COURT

### for the

### District of Maryland

JUN 18 2013

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

In the Matter of the Seizure of
*(Briefly describe the property to be seized)*
All monies and other things of value in Chase
account ending in 1339 in the name of Harris Group
International

)
)
)
)
)

Case No.  13 – 867 WGC

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of _____ Maryland _____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

All monies and other things of value in Chase account ending in 1339 in the name of Harris Group International.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before   April 30 2013
*(not to exceed 14 days)*

☑ in the daytime – 6:00 a.m. to 10:00 p.m.            ☐ at any time in the day or night, as I find reasonable
                                                                                        cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____ any available duty U.S. Magistrate Judge _____ .
                                                                                        *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.

                                    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:    April 19, 2013              William Connelly
                                    7:00 p.m.                        *Judge's signature*

City and state:      Greenbelt, MD                      William Connelly, Chief U.S. Magistrate Judge
                                                                        *Printed name and title*

LH 1147

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed:<br>4\|19\|2013  2052 | Copy of warrant and inventory left with:<br>Chase |

Inventory made in the presence of:
SA Evan McKinney

Inventory of the property taken:

Cashiers Check in the amount of $ 209,408.10
from Harris Group International

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5\|13\|13

_____
*Executing officer's signature*

James Stull, SA
*Printed name and title*

LH 1148

**SCANNED**

_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

AUSA Greenberg
MAY 2 8 2013

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>All monies and other things of value in Washington<br>Mutual account ████5200 in the name of<br>Leonaldo Harris | )<br>)<br>)<br>)<br>) |

Case No. **13-934 WC**

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of _____**Maryland**_____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

All monies and other things of value in Washington Mutual account ████5200 in the name of Leonaldo Harris.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before **MAY 9 2013**
                                                                                                              *(not to exceed 14 days)*

☑ in the daytime – 6:00 a.m. to 10:00 p.m.          ☐ at any time in the day or night, as I find reasonable
                                                                                              cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____**any available duty U.S. Magistrate Judge**_____ .
                                                                                                          *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30).*

                                        ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:      April 26 2013
                                             2:30 p.m.                    _____William Connelly_____
                                                                                              *Judge's signature*

City and state:      Greenbelt, MD                          William Connelly, Chief U.S. Magistrate Judge
                                                                                      *Printed name and title*

LH 1149



| Return | | |
|---|---|---|
| **Case No.:** | **Date and time warrant executed:** 4/30/2013 15:00 | **Copy of warrant and inventory left with:** CHASE BANK |

**Inventory made in the presence of:** SA Evan McKinney

**Inventory of the property taken:**

Duplicate warrant account number converted to Chase account

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/13/13

_____
*Executing officer's signature*

James Stull, SA
*Printed name and title*

LH 1150