Richard Byrd #23895-400
1901 E Street SE
Washington, DC 20003



ATTY. MIRRIAM SEDDIQ
7829 BELLE POINT DRIVE
GREENBELT, MARYLAND 20770

# IN UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

VS                          13-CR-00202 PWG-1

LEONALDO HARRIS
_____ / **AFFIDAVIT**

BEFORE ME, the undersigned authority, this day personally appeared **RICHARD BYRD,** who, after being duly sworn and cautioned upon his oath, Deposes and says:

1. My name is **RICHARD BYRD,** a WITNESS in the case captioned U.S. vs. LEONALDO HARRIS Et.Al. Case Number 13-CR-00202 PWG-1

2. My date of birth is _09/03/73_ I reside at CTF DC JAIL 1901 D STREET SE WASHINGTON DC 20003

3. I am housed at DC Jail/CTF with a case pending in The United States District Court Of Maryland.

4. On October 7, 2015 I attended a reverse proffer at the Northern Neck Regional Jail in Warsaw, Virgina.

5. I was present at the proffer along with my Attorneys William Brennan, and William Mitchell. Also present was a DEA Agent, a IRS Agent, and Jim Warrick the prosecuting United States Attorney.

6. My Attorneys and myself took notes throughout the whole proffer session.

7. I reveiwed several files of information.

# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

8. One of the files I reviewed contained specific information about Carlton McGregor, and Paul Harris and that they had been debriefed, and provided information, specific information about Leonaldo Harris and Marijuana shipments out of California going to the east coast, and Money Laundering routes.

9. This is a true and accurate statement to the best of my knowledge. No promises, endorsements or monetary advances have been made or given to me by Leonaldo Harris or any member of his defense team for giving this statement. This statement is only given in the interest of justice.

SIGNED _____
Richard Byrd 23895-400

On this __5__ day of __February__ 2016, before me, the undersigned Notary Public of the District of Columbia, Washington DC personally appeared **Richard Byrd,** whose name is subscribed to the within instrument, and he acknowledges that he executed it.

**WITNESS** my hand and official seal

_____
NOTARY



SHAME'KA C. RIVENS
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 30, 2017

**COVINGTON**

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956

Hasler  FIRST-CLASS MAIL
US POSTAGE $00.48⁵
ZIP 20004
011D11648185

Brian Stekloff
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956

# COVINGTON

BEIJING  BRUSSELS  LONDON  LOS ANGELES
NEW YORK  SAN FRANCISCO  SEOUL
SHANGHAI  SILICON VALLEY  WASHINGTON

Brian Stekloff

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5057
bstekloff@cov.com

**VIA HAND DELIVERY**

December 8, 2015

Mr. Richard Byrd
Correctional Treatment Facility
1901 E Street SE
Washington, DC 20003

Dear Mr. Byrd:

  As you know, I have been appointed to represent you in connection with the review of certain documents seized by the government from Murphy, Falcon & Murphy and Leyden Law LLC. The purpose of this review is to identify any seized document(s) that may be subject to the attorney-client privilege (or other applicable protection) and to protect such document(s) from disclosure.

  I understand that you have requested new counsel in your criminal case, and that proceedings with respect to that request are ongoing. I believe that these proceedings will not impact my representation of you, as I will work with your defense counsel—current or new—to assert any applicable protections over documents seized by the government.

  My law firm and I have undertaken this representation on a pro bono basis, meaning that we will not charge you a fee for the professional services of our lawyers and paralegals, nor will we seek reimbursement for out-of-pocket expenses. Although this representation is free of charge, we nonetheless are required to formalize the representation through a signed engagement letter. I have enclosed a copy of our engagement letter, along with a self-addressed stamped envelope. Assuming you have no objection to my representation of you, please sign and return this letter to me at your earliest convenience.

  Finally, I understand that you currently are housed at the Correctional Treatment Facility in Washington, D.C. I believe it would be useful for us to meet so that I can update you on our review of the documents seized by the government and discuss any questions or concerns you might have.

  Please feel free to call or write to me with any questions and please let me know if you would like to meet in person. My contact information is located at the top of this letter.

Sincerely,

Brian Stekloff

DC: 5877348-3

# COVINGTON

BEIJING  BRUSSELS  LONDON  LOS ANGELES
NEW YORK  SAN FRANCISCO  SEOUL
SHANGHAI  SILICON VALLEY  WASHINGTON

Brian Stekloff

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5057
bstekloff@cov.com

October 14, 2015

**VIA HAND DELIVERY**

Mr. Richard Byrd
TBD

Re:  Engagement Letter: *United States v. Richard Byrd*, 14-186-RDB, United States District Court for the District of Maryland

Dear Mr. Byrd:

    We are pleased to confirm that we will represent you on a *pro bono* basis in the matter described below and subject to the terms and conditions set forth in this letter.

    We will defend you in the United States District Court for the District of Maryland against the charges brought by the United States Attorney's Office against you in Case Number 14-186-RDB. Specifically, we will assist your current counsel in reviewing documents seized from your prior attorneys for the purpose of defending documents protected by the attorney-client privilege or other protections. We are not at this time undertaking to handle any appeal from an adverse decision or collateral proceeding in another forum. Any representation in such other matter or additional proceeding must be the subject of a new engagement letter.

    You understand that we may terminate this representation if termination is permitted by the pertinent ethical rules and the Court. In the event of termination, the Court will appoint new counsel for you under the Criminal Justice Act. You retain the right to discharge us as your counsel at any time, with or without cause, but subject to Court approval.

    I, Brian Stekloff, will have principal responsibility for this matter. I expect that associates at my firm will take leading roles in your defense, under my supervision or the supervision of another senior lawyer at the firm.

    We have agreed to undertake this representation on a *pro bono* basis, that is, we will not charge you a fee for the professional services of our lawyers and paralegals, nor will we seek reimbursement for out-of-pocket expenses.

    Our records reveal no existing representation of another client on any matter adverse to you. Our records also reveal no existing representation in another matter of another client which is an adverse party to you in this matter. Without your prior consent, we will not undertake any adverse representation in the future that is substantially related to this

DC: 5803864-1

representation, nor will we undertake any substantially related adverse representation with respect to any other matter we may subsequently undertake on your behalf.

However, you consent to our representing clients in the following two circumstances, in each case provided that the matter on which we represent another client is not substantially related to any matter in which we represent or previously represented you:

First, you consent to our representing another client in a transactional, counseling, litigation, legislation or other matter in which the other client is adverse to you.

Second, with respect to a party who is adverse to you in a matter in which we do represent you, you consent to our representing that party as a client in another matter in which it is not adverse to you.

In the course of our representation, we will communicate with you primarily by in-person visits. When in-person visits are not possible or practical, our preferred alternative means of communicating will be by legal mail or, where possible, by arranging for unmonitored calls to speak with you about your case. Restricting communication to these methods is the best way to ensure that our correspondence and your confidences will be protected by attorney-client privilege. If circumstances require, we may contact you by phone in a monitored call to discuss logistical issues, such as the process for scheduling an unmonitored phone call with you or confirming whether you have received mail from us. In the event that we are authorized to communicate with you by e-mail and we agree to do so, we may also use e-mail to correspond with you about logistical issues. Should we decide to communicate with you in a monitored call or by e-mail, you should be aware that these communications may be monitored by prison officials and you should therefore refrain from discussing the details of your case in those communications.

Covington & Burling LLP is a limited liability partnership organized under the laws of the District of Columbia. Under this form of partnership, a partner's personal assets are not subject to claims against the firm (and other partners) based on contracts, professional negligence or other liability unless the partner is personally liable based on his or her own conduct.

I trust this letter accurately states our mutual understanding. If you have questions about any aspect of it, please let me know promptly. Otherwise, please confirm our understanding by signing and returning a copy of this letter to me. We look forward to working with you on this matter.

Sincerely,

Brian L. Stekloff
Special Counsel

COVINGTON

Mr. Richard Byrd
Page 3

Agreed to:

By: _Richard Byrd_
    Richard Byrd